UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEIFRI GRACIANO-SUAZO,          :
                                :
    Plaintiff                   :    CIVIL ACTION NO. 3:18-0446
                                :
    v                           :
                                :    (JUDGE MANNION)
Warden GENE BERDANIER, et al.,  :
                                :
    Defendants

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 18, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0446-01-order.wpd